**FILED**

AUG 1 0 2022

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ _____ DEP CLK

# United States District Court
### Eastern District of North Carolina
### Western Division

Case No. 5:22-CT-3306-FL

(To be filled out by Clerk's Office only)

Michael E. Myers

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number 13302-025

-against-

United States

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

## COMPLAINT

*(Pro Se Prisoner)*

Jury Demand?
☐ Yes
☒ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☒ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Michael E. Myers
Name

13302-025
Prisoner ID #

FCI Butner Medium II
Place of Detention

PO Box 1500
Institutional Address

| Butner | NC | 27509 |
|--------|-----|----------|
| City | State | Zip Code |

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee ☐ State ☐ Federal

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☒ Convicted and sentenced federal prisoner

## IV.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:     United States
_____
Name

_____
Current Job Title

_____
Current Work Address

_____
City                          State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both


Defendant 2:     _____

Name

_____
Current Job Title

_____
Current Work Address

_____
City                          State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

**Defendant(s) Continued**

Defendant 3:

_____
Name

_____
Current Job Title

_____
Current Work Address

_____
City                State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Defendant 4:

_____
Name

_____
Current Job Title

_____
Current Work Address

_____
City                State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence:  FCI Butner Medium II, Unit LB handicap shower

Date(s) of occurrence:  June 20, 2021

State which of your federal constitutional or federal statutory rights have been violated:

Eighth Amendment; 28 USC § 1346 (Federal Torts Claim Act)

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

Michael E. Myers is an incarcerated sixty-five year wheelchair-bound individual who was seriously injured when a known -to-BOP defectively handicap accessible chair used for disabled persons to shower, which was provided by BOP, broke during usage. This cahir and its damages had been reported multiple times to BOP for over a year prior to claimant's accident as needing to be fixed or replaced. Such reports were made by both BOP staff as well as inmates; to which BOP ignored fixing the problem as well as improperly repairing the chair using substandard and dangerous methods not approved by the chair's manufacturer.

Prior to the pandemic, approx. February 2020, the brace that keeps the shower chair stable was missing parts that keeps the legs stable. This problem was reported by multiple inmates to Mr. Griffin, who at the time of the original reporting, was unit LB's counselor. Mr. Griffin has since changed positions to become unit

> Who did what to you?

**What happened to you?**

LC and LD's case manager. Throughout the pandemic, the chair had been "fixed" repeatedly but the brace broke once more, which again was reported to Mr. Griffin. LB's counselor at time of injury, Mr. Besaw, was informed of damaged chair and the fact that the brace, a safety device installed by the manufacturer, was missing. The BOP did not replace the missing brace. See attached drawings and written description as to what BOP attempted to do with the chair.

**When did it happen to you?**

In June 20, 2021, claimant went into #6 shower, the only handicap accessible shower available to him and proceeded to shower, sitting in the chair in question. The front legs of chair without warning splayed out, causing the claimiant to be thrown forward. Claimant's head made hard contact with the handrail, causing injuries to his head, neck, and midsection. Claimant made contact with Mr. Pyatt, the on-duty corrections officer to seek medical treatment. Mr. Pyatt reported he was aware chair was dangerous and had collapsed on another inmate days before.

Claimant has had numerous discussions with BOP staff regarding this incident, up to and including the warden.

**Where did it happen to you?**

Claimant has also utilized all the administrative remedies required of him at FCI Butner as well as within the BOP including the filing of Form 95. See attachments. For additional details, see the attached document of Michael Myer's Claimant Statement.

See attached documents.

| What was your injury? |
|---|

Case 5:22-ct-03306-FL    Document 1    Filed 08/10/22    Page 7 of 10

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?    ☒ Yes    ☐ No
    If no, explain why not:

_____

_____

_____

_____

_____

Is the grievance process completed?    ☒ Yes    ☐ No
    If no, explain why not:

_____

_____

_____

_____

_____

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Michael Myers was injured physically, mentally, and emotionally from this avoidable incident. Mr. Myers filed claim with the BOP for the amount of $10,000.00, which was refused without explanation. Mr. Myers asks the court to find in his favor and to award him the $10,000.00 he seeks. Additionally, Mr. Myers asks the court to order the BOP to remedy these types of matters in the future to prevent injuries to himself or other disabled inmates.

Page 8 of 10

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?   ☐ Yes   ☒ No

If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

07/28/22
Dated

_Michael E. Myers_
Plaintiff's Signature

Michael E. Myers
Printed Name

13302-025
Prison Identification #

| PO Box 1500 | Butner | NC | 27509 |
|---|---|---|---|
| Prison Address | City | State | Zip Code |